IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FRANKIE N. MORGAN, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | No. 3:16-CV-0544-K-BF |
| | § | |
| HARMONY PUBLIC SCHOOLS, et al., | § | |
| Defendants. | § | |

## ORDER

The above-styled case was referred by the District Court to the United States Magistrate Judge for pretrial management. *See* New Case Notes [D.E. 1]. Previously, this Court put the plaintiffs on notice that if process was not served upon the defendants within a particular time frame, a recommendation would be made to the District Court for the plaintiffs' case be dismissed. *See* Order [D.E. 5]. The plaintiffs did not meet that deadline, and a recommendation was subsequently made for this case to be dismissed. *See* FCR [D.E. 6].

This Court was recently made aware that a technical error prevented the plaintiffs from receiving the order putting the plaintiffs on notice. Therefore, this Court **VACATES** its Findings, Conclusions, and Recommendation of the United States Magistrate Judge [D.E. 6]. The plaintiffs are put on notice that they have two weeks from the entry of this order to complete service of process. Failure to meet this deadline may result in a recommendation that their case be dismissed.

SO ORDERED, July 28, 2016.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE