IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FRANKIE N. MORGAN, et al., | § | |
|    Plaintiffs, | § | |
| v. | § | No. 3:16-CV-00544-K |
| HARMONY PUBLIC | § | |
| SCHOOLS, et al., | § | |
|    Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney dated February 15, 2017. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Defendants Harmony Public Schools, Harmony School of Nature and Athletics, and Harmony School of Nature Independent Schools' Motion to Dismiss [ECF No. 20] is DENIED as moot.

SO ORDERED.

Signed March 13th 2017.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE